B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Nebraska | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Rose Brook Care Center, LLC | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br><br>Rose Brook Nursing Home |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I D No./Complete EIN (If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>106 5th Street<br>Edgar, NE 68935<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Clay County, Nebraska<br>ZIP CODE 68935 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor** (Form of Organization)

☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business** (Check one box.)

☑ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
    or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Rose Brook Care Cent[er]

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
|---|---|
| x /s/ Jeanne Ackland, Dir. of Finance | x /s/ Thomas Ashley 5-21-15 |
| **Fillmore County Hospital** — Name of Petitioner | Baird Holm, LLP — Name of Attorney Firm |
| Date Signed: 05/18/2015 | 1700 Farnam St., Ste. 1500, Omaha, NE 68102 |
| Name & Mailing Address: Jeanne Ackland, 1900 F. Street, Geneva, NE | Telephone No.: (402) 344-0500 |
| x _____ | x _____ |
| **Mary Lanning Mem. Hosp. Assn.** — Name of Petitioner | |
| Name & Mailing Address: Shelly Cassidy, 715 N. St. Joseph St., Hastings, NE 68901 | |
| x _____ | x _____ |
| **Brodstone Memorial Hospital** — Name of Petitioner | |
| Name & Mailing Address: [NAME], 520 E. 10th Street, Superior, NE 68978 | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Fillmore County Hospital Found., 1900 F St., Geneva, NE | Breach of Contract | 70,112.81 |
| Marry Lanning Mem. Hosp. Assn., 715 N. St. Joseph Ave | Breach of Contract | 1,327.49 |
| Brodstone Mem. Hospital, 520 E. 10th Street, Superior, NE | Breach of Contract | 857.05 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | **Total Amount of Petitioners' Claims** | **72,479.34** |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                          Name of Debtor  Rose Brook Care Cent[er]

                                                                Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Fillmore County Hospital            05/18/2015 | Baird Holm, LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 1700 Farnam St., Ste. 1500, Omaha, NE 68102 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Jeanne Ackland, 1900 F. Street, Geneva, NE | Address: (402) 344-0500 |
| | Telephone No. |

| x  /s/ Shelly Cassidy | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Mary Lanning Mem. Hosp. Assn.            5/20/15 | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Shelly Cassidy, 715 N. St. Joseph St., Hastings, NE 68901 | Address |
| | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Brodstone Memorial Hospital | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: [NAME], 520 E. 10th Street, Superior, NE 68978 | Address |
| | Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Fillmore County Hospital Found., 1900 F St., Geneva, NE | Breach of Contract | 70,112.81 |
| Marry Lanning Mem. Hosp. Assn., 715 N. St. Joseph Ave | Breach of Contract | 1,327.49 |
| Brodstone Mem. Hospital, 520 E. 10th Street, Superior, NE | Breach of Contract | 857.05 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 72,479.34 |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor  Rose Brook Care Cent

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney       Date |
| Fillmore County Hospital    05/18/2015 | Baird Holm, LLP |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | 1700 Farnam St., Ste. 1500, Omaha, NE 68102 |
| Name & Mailing Address of Individual Signing in Representative Capacity    Jeanne Ackland  1900 F Street  Geneva, NE | Address  (402) 344-0500  Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney       Date |
| Mary Lanning Mem. Hosp. Assn. | |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity    Shelly Cassidy  715 N. St. Joseph St.  Hastings, NE 68901 | Address  Telephone No. |

| x_Sandra J Braden_ CFO | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title)   5-19-2015 | Signature of Attorney       Date |
| Brodstone Memorial Hospital | |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity    [NAME]  520 E. 10th Street  Superior, NE 68978 | Address  Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Fillmore County Hospital Found., 1900 F St., Geneva, NE | Breach of Contract | 70,112.81 |
| Marry Lanning Mem. Hosp. Assn., 715 N. St. Joseph Ave | Breach of Contract | 1,327.49 |
| Brodstone Mem. Hospital, 520 E. 10th Street, Superior, NE | Breach of Contract | 857.05 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 72,479.34 |

_____ continuation sheets attached